# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

January 9, 2017

Clerk, U.S. District Court
District of U.S.D.C., Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: Robert Dorfman v. CVS Pharmacy, Inc., et al., Case No. 3:16–cv–01596–JLS–JMA

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    John Morrill,
    Clerk of the Court

    By: s/ K. Martin–Brown, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: